**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6996**

_____

KENNETH WAYNE JOHNSON,

                           Plaintiff - Appellant,

     versus

GERALD COX, Police Department Chief; MIKE
EDWARDS, Town Manager of Gate City, Virginia,

                           Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-01-365-7)

_____

Submitted: November 29, 2001     Decided: December 5, 2001

_____

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth Johnson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Johnson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Johnson v. Edwards, No. CA-01-365-7 (W.D. Va. May 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED